UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                     Chapter 11

BANKIM BRAHMBHATT,

                                     Case No. 25-73100

                        Debtor.
---------------------------------------------------------------x

**DECLARATION OF BANKIM BRAHMBHATT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4 OF THE LOCAL BANKRUPTCY RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK**

I, Bankim Brahmbhatt, declare, pursuant to section 1746 of title 28 of the United States Code, that:

1.      I am the debtor herein (the "Debtor") and submit this declaration pursuant to rule 1007-4 of the local rules of this Court. I intend to file a Chapter 11 petition with the Clerk of this Court on or about August 12, 2025.

2.      There is no other or prior bankruptcy case filed by or against me. There has not been a committee of unsecured creditors organized prior to the order for relief.

3.      I have been advised by my counsel I am not a small business debtor within the meeting of Bankruptcy Code section 101(51D), and this is not a single asset real estate Chapter 11 within the meeting of Bankruptcy Code Section 101(51B).

**EVENTS LEADING TO MY BANKRUPTCY FILING AND ADDITIONAL INFROMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-4**

4.      I have been engaged in the telecommunication business for many years. Currently, I am the president and CEO of Bankai Group. Annexed hereto as **Exhibit "A"** is a corporate organization chart showing my direct and indirect ownership interests in various business entities. Very recently, I, as well as certain entities in which I have an indirect ownership interest, were sued in a Delaware state court by certain lenders to the entities. Certain

of these entities named as defendants in the Delaware state court lawsuit also intend to file chapter 11 cases in this Court.

5. The filing of this petition was precipitated by the actions taken by certain lenders against entities I either indirectly own or control. I intend to utilize the chapter 11 process to resolve all claims which have been asserted against me whether based upon my limited personal guaranty or allegations made against me in the Delaware state court lawsuit.

6. My assets and liabilities can be summarized as follows:

        Total Assets:                 Unknown[1]

        Unsecured Debt:        $15,500,000.00[2]

7. Attached hereto as **Exhibit "B"** is a list of my twenty (20) largest unsecured creditors, excluding insiders. I do not have any debt secured by my personal assets. Certain lenders to entities in which I have an indirect ownership interest are secured by certain assets of those entities as well as a pledge of equity ownership in those entities.

8. None of my property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditors.

9. A complete list of lawsuits which I am named a party shall be filed with my statement of financial affairs.

10. I intend to continue in the control of my assets and propose a plan of reorganization, which deals fairly with all of my creditors.

---

[1] Aside from my ownership interests in various real estate which will be set forth in my schedules I intend to file in connection with this case, my primary assets consist of direct and indirect ownership interests in privately held entities which are difficult to value.

[2] This amount does not include contingent liabilities, potentially in the hundreds of millions of dollars asserted by certain lenders in the Delaware state court lawsuit.

11. My books and records are located at 226 Stewart Avenue, Garden City, New York and in India.

12. I have ownership interest in certain assets located in India including an apartment located in Swastik Park, Apt B17, Bodakdev, Vastrapur, Ahmedabad, 380052.

13. I expect to obtain income in the form of a salary from Bridgevoice, Inc and/or Broadband Telecom, Inc in the next thirty (30) days. I expect to have cash disbursements to pay my ordinary living expenses of approximately $30,000.00.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 12th day of August 2025

                                                /s/ Bankim Brahmbhatt
                                                BANKIM BRAHMBHATT

**EXHIBIT "A"**

# Organizational Structure Chart – Carriox II



# Organizational Structure Chart – BB Capital



**EXHIBIT "B"**

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Bankim** | | **Brahmbhatt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number | 25-73100 | | |
| (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                                              12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**Amba Ventures**
**16192 Coastal Highway**
**Lewes, DE 19958**

What is the nature of the claim?                              $15,500,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
           Value of security:                              -
           Unsecured claim

Contact

Contact phone

**2**
**AVF III US Aggregator LP**
**c/o Alter Domus (US) LLC**
**225 W. Washington St 9FL**
**Attn: Matthew Trybula**
**Chicago, IL 60605**

What is the nature of the claim?                              **Unknown**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
           Value of security:                              -

Contact

| Debtor 1 | **Bankim Brahmbhatt** | Case number *(if known)* | **25-73100** |
|---|---|---|---|
| | Contact phone | Unsecured claim | |

| **3** | | **What is the nature of the claim?** | | **Unknown** |
|---|---|---|---|---|
| | **EAFV/SLF CC Leverage SPV**<br>**c/o Alter Domus (US) LLC**<br>**225 W. Washington St 9FL**<br>**Attn: Matthew Trybula**<br>**Chicago, IL 60605** | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>☐ None of the above apply | | |
| | | **Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>       Value of security:<br>       Unsecured claim | - | |
| | Contact | | | |
| | Contact phone | | | |

| **4** | | **What is the nature of the claim?** | | **Unknown** |
|---|---|---|---|---|
| | **EAVF/SLF BB Leverage SPV**<br>**c/o Alter Domus (US) LLC**<br>**225 W. Washington St 9FL**<br>**Attn: Matthew Trybula**<br>**Chicago, IL 60605** | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>☐ None of the above apply | | |
| | | **Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>       Value of security:<br>       Unsecured claim | - | |
| | Contact | | | |
| | Contact phone | | | |

**Part 2:  Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Bankim Brahmbhatt**                          X  _____
   **Bankim Brahmbhatt**                                 Signature of Debtor 2
   Signature of Debtor 1

Date  **August 12, 2025**                              Date