**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Bankim Brahmbhatt*
1350 Broadway, 11th Floor
New York, New York 10018
Tel (212) 216-8000
Scott S. Markowitz, Esq.
Alex Spizz, Esq.
Rocco A. Cavaliere, Esq.
smarkowitz@tarterkrinsky.com
aspizz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

                                        Chapter 11

BANKIM BRAHMBHATT,

                                        Case No.: 25-73100 (AST)

                    Debtor.
-----------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF STATUS CONFERENCE

Time and Date of Hearing:    **January 22, 2026** at **11:00 a.m.** (EST) ("Status Conference").

Location of Hearing:    Courtroom of the Honorable Alan S. Trust, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Courtroom 3554, Brooklyn, NY 11201

**PLEASE TAKE NOTICE** the Status Conference in the above Chapter 11 case has been adjourned until **January 22, 2026 at 11:00 a.m.** (Prevailing Eastern Time) before the Honorable Alan S. Trust, Chief United States Bankruptcy Judge, Courtroom 3554, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201. **The Status Conference will be held in person**. All attorneys and unrepresented parties appearing at the Status Conference must register with eCourt Appearances at least two (2) business days in advance of the scheduled

hearing at: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

Dated: New York, New York
December 5, 2025

        **TARTER KRINSKY & DROGIN LLP**
        *Attorneys for Bankim Brahmbhatt*

        By: */s/ Scott S. Markowitz*
            Scott S. Markowitz, Esq.
            Alex Spizz, Esq.
            Rocco A. Cavaliere, Esq.
            1350 Broadway, 11th Floor
            New York, New York 10018
            Tel: (212) 216-8000
            Email: smarkowitz@tarterkrinsky.com
            Email: aspizz@tarterkrinsky.com
            Email: rcavaliere@tarterkrinsky.com