# UNITED STATES BANKRUPTCY COURT

Eastern   DISTRICT OF   NewYork

Clear All Fields

Save

In Re. Bankim Brahmbhatt

§
§
§
§

Debtor(s)

Case No.   25-73100 (LAS)

☐ Jointly Administered

AMENDED

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2026

Petition Date: 08/12/2025

Months Pending: 10

Industry Classification:

Reporting Method:        Accrual Basis ◯        Cash Basis ◉

Debtor's Full-Time Employees (current):        0

Debtor's Full-Time Employees (as of date of order for relief):        0

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

| | |
|---|---|
| ☐ | Statement of cash receipts and disbursements |
| ☐ | Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit |
| ☐ | Statement of operations (profit or loss statement) |
| ☐ | Accounts receivable aging |
| ☐ | Postpetition liabilities aging |
| ☐ | Statement of capital assets |
| ☐ | Schedule of payments to professionals |
| ☐ | Schedule of payments to insiders |
| ☒ | All bank statements and bank reconciliations for the reporting period |
| ☐ | Description of the assets sold or transferred and the terms of the sale or transfer |

Bankim Brahmbhatt

Signature of Responsible Party

07/22/2026

Date

Bankim Brahmbhatt

Printed Name of Responsible Party

Address

Click "Generate PDF"
to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.  § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)        1

Debtor's Name Bankim Brahmbhatt

Save

Case No. 25-73100

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $20,140 | |
| b. Total receipts (net of transfers between accounts) | $2,553 | $0 |
| c. Total disbursements (net of transfers between accounts) | $12,694 | $12,694 |
| d. Cash balance end of month (a+b-c) | $10,000 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $12,694 | $12,694 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯    Market ◯    Other ◉   (attach explanation)) | $0 |
| d Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $13,364,334 |
| n. Total liabilities (debt) (j+k+l+m) | $13,364,334 |
| o. Ending equity/net worth (e-n) | -$13,364,334 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (12/01/2021)

2

Debtor's Name  Bankim Brahmbhatt          | Save |          Case No.  25-73100

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete | i | | $0 | $0 | $0 | $0 |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| Add | Firm Name | Role | | | |
| Delete | i | | | | | |
| c. | All professional fees and expenses (debtor & committees) | $0 | $0 | $0 | $0 |

## Part 6:  Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯    No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯    No ●

c.  Were any payments made to or on behalf of insiders?    Yes ◯    No ●

d.  Are you current on postpetition tax return filings?    Yes ●    No ◯

e.  Are you current on postpetition estimated tax payments?    Yes ●    No ◯

f.  Were all trust fund taxes remitted on a current basis?    Yes ◯    No ●

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯    No ●

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ◯    No ◯    N/A ●

i.  Do you have:        Worker's compensation insurance?    Yes ◯    No ●

     If yes, are your premiums current?    Yes ◯    No ◯    N/A ●    (if no, see Instructions)

    Casualty/property insurance?    Yes ●    No ◯

     If yes, are your premiums current?    Yes ●    No ◯    N/A ◯    (if no, see Instructions)

    General liability insurance?    Yes ●    No ◯

     If yes, are your premiums current?    Yes ●    No ◯    N/A ◯    (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ◯    No ●

k.  Has a disclosure statement been filed with the court?    Yes ◯    No ●

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (12/01/2021)                    3

Debtor's Name  Bankim Brahmbhatt                                   Save          Case No.  25-73100

l.  Are you current with quarterly U.S. Trustee fees as                     Yes ⚪   No ⦿
    set forth under 28 U.S.C. § 1930?

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11      Yes ⚪   No ⦿
    U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?      Yes ⚪   No ⚪   N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Bankim Brahmbhatt                                        Bankim Brahmbhatt
_____                         _____
Signature of Responsible Party                           Printed Name of Responsible Party

Self                                                     0
_____                         _____
Title                                                    Date

Save                        Generate PDF for Court Filing
                            and Remove Watermark

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**In re** Bankim Brahmbhatt         **Case No.** 25-73100
   **Debtor**          **Reporting Period:** May 1 to May 31, 2026

**Social Security #** _____
(last 4 digits only)

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | Yes | |
| Balance Sheet | MOR-3 (INDV) | Yes | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | Yes | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | Yes | |
| Debtor Questionnaire | MOR-6 (INDV) | Yes | |

I declare under penalty of perjury *(* 28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Bankim Brahmbhatt                  Date    7/22/2026

                                       Date _____

**In re** Bankim Brahmbhatt                                                                 **Case No.** 25-73100
     **Debtor**                                                                 **Reporting Period:** May 1 to May 31, 2026

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending

cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was

filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes

the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must

be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 20,140.12 | |
| **RECEIPTS** | | |
| Wages (Net) | 1,865.31 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 688.11 | |
| **Total Receipts** | 2,553.42 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | 12,693.54 | |
| **Total Ordinary Disbursements** | 12,693.54 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 25,000.00 | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | 25,000.00 | |
| **Total Disbursements**  *(Ordinary  +  Reorganization)* | | |
| **Net Cash Flow**  *(Total Receipts  -  Total Disbursements)* | | |
| **Cash - End of Month**   *(Must equal reconciled bank statement)* | 10,000.00 | |

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| Deposit as per bank statement | 688.11 | |
| | | |
| | | |
| | | |
| | | |

**In re** Bankim Brahmbhatt _____  **Case No.** 25-73100 _____

    **Debtor**  **Reporting Period:** May 1 to May 31, 2026

| Other Taxes | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| Deposit in transit cheque realised | 1,865.31 | |
| Deposit in transit cheque expired | 2,325.54 | |
| Deposit in transit cheque expired | 1,865.29 | |
| Disbursement as per bank statement | 6,284.07 | |
| Disbursement from A/c 0505 (Bank account is blocked hence bank statement not available) | 36.76 | |
| Disbursement from A/c 5247 (Bank account is blocked hence bank statement not available) | 291.57 | |
| Disbursement from A/c 7291 (Bank account is blocked hence bank statement not available) | 25.00 | |
| Total | 12,693.54 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH  ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
|   LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
|   PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

**In re** Bankim Brahmbhatt                        **Case No.** 25-73100
        **Debtor**                            **Reporting Period:** May 1 to May 31, 2026

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating (per tab "MOR-1 (CONT) - Sch") | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | - | - | - | - |
|  |  |  |  |  |
| BANK BALANCE | - | - | - | - |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | - | - |
| OTHER *(ATTACH EXPLANATION)* | - | - | - | - |
|  |  |  |  |  |
| **ADJUSTED BANK BALANCE \*** | - | - | - | - |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| Aug 01-20, 2025 |  |  | 8/20/2025 | - |
| Sep 01-15, 2025 |  |  | 9/15/2025 | - |
| Sep 16-30, 2025 |  |  | 9/30/2025 | - |
|  |  |  | Total | - |
|  |  |  |  |  |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

**In re** Bankim Brahmbhatt                                                      **Case No.** 25-73100
 **Debtor**                                                      **Reporting Period:** May 1 to May 31, 2026

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

**(USD)**

| | Operating HSBC # 4550 | HSBC # 4568 | Chase # 8767 | Chase # 0505 | Chase # 5247 | Chase # 7291 | Payroll # | Tax # | Other # |
|---|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | |
| BANK BALANCE | - | - | - | - | - | - | - | - | - |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - | - | - | - | - | - | - |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | | - | - | - | - | - | - |
| OTHER  *(ATTACH EXPLANATION)* | - | - | | - | - | - | - | - | - |
| | | | | | | | | | |
| **ADJUSTED BANK BALANCE \*** | - | - | - | - | - | - | - | - | - |

\*"Adjusted Bank Balance" must equal "Balance per Books"

In re **Bankim Brahmbhatt**                                    Case No. **25-73100**
    **Debtor**                                    Reporting Period: **May 1 to May 31, 2026**

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from
post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | 1,250,000.00 | |
|   226 Stewart Avenue Garden City NY 1130 | | |
| | | |
| Other Property *(attach schedule)* | 125,000.00 | |
|   Apt# B17, Swastik Park, Bodakdev, Vastrapur | | |
|   Ahmedabad - 380 052 India | | |
| *TOTAL REAL PROPERTY ASSETS* | 1,375,000.00 | |
| | | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | 10,000.00 | |
| Bank Accounts | - | |
| Security Deposits | | |
| Household Goods & Furnishings | 45,000.00 | |
| Books, Pictures, Art | | |
| Wearing Apparel | 3,000.00 | |
| Furs and Jewelry | 10,000.00 | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | 137,254.38 | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | 3,537,000.00 | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |

**In re** Bankim Brahmbhatt                                                   **Case No.** 25-73100
  **Debtor**                                                         **Reporting Period:** May 1 to May 31, 2026

| | | |
|---|---|---|
| *TOTAL PERSONAL PROPERTY* | 3,742,254.38 | |
| *TOTAL ASSETS* | | |

**In re** <u>Bankim Brahmbhatt</u>                  **Case No.** <u>25-73100</u>
     **Debtor**                                      **Reporting Period:** <u>May 1 to May 31, 2026</u>

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | 25,000.00 | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | 25,000.00 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | - | |
| Priority Debt | Unknown | |
| Unsecured Debt | 13,364,334.12 | |
| TOTAL PRE-PETITION LIABILITIES | Unknown | |
| TOTAL LIABILITIES | | |

**In re** Bankim Brahmbhatt

      **Debtor**

**Case No.** 25-73100

**Reporting Period:** May 1 to May 31, 2026

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Cash Disbursements | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | See attached Bank Statements | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Bank Account Disbursements | | | |

| | |
|---|---|
| Total Disbursements for the Month | |

**In re** Bankim Brahmbhatt
    **Debtor**

**Case No.** 25-73100
**Reporting Period:** May 1 to May 31, 2026

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | None |  |  |  |  | None |
| Rent | None |  |  |  |  | None |
| Secured Debt/Adequate Protection Payments | None |  |  |  |  | None |
| Professional Fees | None |  |  |  |  | None |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

**In re** Bankim Brahmbhatt
    **Debtor**

**Case No.** 25-73100
**Reporting Period:** May 1 to May 31, 2026

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| None |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| None |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**In re** Bankim Brahmbhatt                                **Case No.** 25-73100
      **Debtor**                                **Reporting Period:** May 1 to May 31, 2026

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 Are any post petition real estate taxes past due? | | ✓ |
| 8 Are any other post petition taxes past due? | | ✓ |
| 9 Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |



**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 01, 2026 through May 29, ___6
Account Number:              8767



00082836 DRE 021 142 15026 NNNNNNNNNNN T  1 000000000 67 0000

BANKIM BRAHMBHATT
OR PRIYANKA B BRAHMBHATT POA
DEBTOR IN POSSESSION ACCOUNT 25-73100
226 STEWART AVE
GARDEN CITY NY 11530-2644

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY   Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$3,730.65** |
| Deposits and Additions | 2,553.44 |
| Electronic Withdrawals | -6,284.07 |
| Other Withdrawals | -0.02 |
| **Ending Balance** | **$0.00** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.07 |

Please note that this account was closed on 05/28/26.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$3,730.65** |
| 05/11 | Remote Online Deposit          1 | **1,865.31** | 5,595.96 |
| 05/11 | Remote Online Deposit          1 | **575.11** | 6,171.07 |
| 05/11 | Remote Online Deposit          1 | **113.00** | 6,284.07 |
| 05/15 | Town of Hempstea Service    6620626632    Web ID: 0000448621 | -4,550.57 | 1,733.50 |
| 05/15 | Egov Strategies  Service                Web ID: 0000474184 | -1.50 | 1,732.00 |
| 05/20 | Zelle Payment To Phill ( Cerezo Landscaping) Besi 29288748938 | -1,732.00 | 0.00 |
| 05/22 | Interest Payment | **0.02** | 0.02 |
| 05/28 | Withdrawal | -0.02 | 0.00 |
| | **Ending Balance** | | **$0.00** |



**CHASE PRIVATE CLIENT**

May 01, 2026 through May 29, 2026

Account Number: ████████████ 8767

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**