**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| BANKIM BRAHMBHATT, | : | |
| | : | Case No. 25-73100 (LAS) |
| | : | |
| Debtor. | : | |

**ORDER COMPELLING COMPLIANCE WITH THE COURT'S ORDER ISSUED PURSUANT TO BANKRUPTCY RULE 2004 AND RELATED SUBPOENA**

Upon the motion, dated July 29, 2026 (the "Motion")[1] [Docket No. 97], of Broadband Telecom, Inc., Bridgevoice, Inc., BB Servicer, LLC, Carriox Telecap, LLC, Carriox Towercap, LLC, BB Capital SPV, LLC and Carriox Capital II LLC (collectively, the "Corporate Debtors") for an order compelling Bankim Brahmbhatt ("Brahmbhatt") to comply with the Corporate Debtors' *Subpoena for Rule 2004 Examination* (the "Subpoena"), issued pursuant to that certain *Order Authorizing Issuance of Subpoenas for the Production of Documents and Examination of Bankim Brahmbhatt*, dated April 14, 2026 (the "Rule 2004 Order") [Docket No. 70]; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and a hearing on the Motion having been held before the Court on August 20, 2026 (the "Hearing"), the record of which is incorporated herein by reference; and any objections to the Motion having been withdrawn or overruled on the merits; and it appearing that due and appropriate notice of the Motion and Hearing has been given under the circumstances; and it appearing that no other or further notice need be given; and the Court having determined

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is **GRANTED** on the terms set forth herein and without prejudice to the Corporate Debtors' right to seek other and further relief from this Court; and it is further

**ORDERED**, that Brahmbhatt is directed to comply with the terms of the Subpoena issued pursuant to the Rule 2004 Order; and it is further

**ORDERED**, that Brahmbhatt is hereby directed to produce all documents and things responsive to the Subpoena (the "Requested Material"), with such production to be completed by no later than the tenth (10th) day following the docketing of this Order; and it is further

**ORDERED**, that Brahmbhatt shall appear for an oral examination pursuant to Bankruptcy Rule 2004 within twenty (20) days after the date on which Brahmbhatt produces the Requested Material or on such other date as determined and agreed by the Corporate Debtors, at the offices of Corporate Debtors' counsel located at 286 Madison Avenue, 11th Floor, New York, New York 10017; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters relating to or arising from the interpretation, implementation, or enforcement of this Order.

Dated: August 21, 2026
Central Islip, New York

Louis A. Scarcella
Louis A. Scarcella
United States Bankruptcy Judge