**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| BANKIM BRAHMBHATT, | : | Case No. 25-73100 (LAS) |
| | : | |
| Debtor. | : | |

**ORDER GRANTING BROADBAND DEBTORS' EX PARTE MOTION TO SHORTEN TIME WITH RESPECT TO THE HEARING ON THE BROADBAND DEBTORS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS PURSUANT TO SECTIONS 107(b) AND 105(a) OF THE BANKRUPTCY CODE**

Upon the *ex parte* motion (the "Motion to Shorten Time") for an order, pursuant to Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9077-1 of Local Bankruptcy Rules for the Eastern District of New York (the "Local Rules"), shortening the time with respect to the hearing on the *Broadband Debtors' Motion for Leave to File Under Seal Certain Documents Pursuant to Sections 107(b) and 105(a) of the Bankruptcy Code* (the "Sealing Motion")[1]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion to Shorten Time in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no notice of the relief requested in the Motion to Shorten Time need be provided; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten Time is **GRANTED** as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Sealing Motion.

2. The hearing to consider the approval of the Sealing Motion shall be held on **November 12, 2026 at 1:00 p.m. (EST)** in Courtroom 970, United States Bankruptcy Court, Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722, before the Honorable Louis A. Scarcella, United States Bankruptcy Judge.

3. Any objections to the Sealing Motion shall be filed by **November 11, 2026 at 5:00 p.m. (EST)** and served upon (i) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attn: Christine Black, Assistant U.S. Trustee; and (ii) counsel to the Broadband Debtors: Klestadt Winters Jureller Southard & Stevens, LLP, 286 Madison Avenue, 11th Floor, New York, New York 10017, Attn: Tracy L. Klestadt: tklestadt@klestadt.com; John E. Jureller, Jr.: jjureller@klestadt.com; Brendan M. Scott: bscott@klestadt.com.

4. On or before **November 6, 2026**, the Broadband Debtors shall serve this Order via electronic mail, if known, or by overnight mail for next morning delivery if email not known, upon: (a) counsel of record to Bankim Brahmbhatt, Attn: Scott S. Markowitz (Smarkowitz@tarterkrinsky.com), (b) the United States Trustee for the Eastern District of New York, Attn: Christine Black, Assistant U.S. Trustee (Christine.H.Black@usdoj.gov); (c) counsel of record to, EAVF/SLF CC Leverage SPV, LLC, EAVF/SLF BB Leverage SPV, LLC, and AVF III US Aggregator, L.P. and their administrative agent Alter Domus (US) LLC; and (d) counsel to the Third Parties.

5. The Broadband Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: November 5, 2026**
**Central Islip, New York**

Louis A. Scarcella
United States Bankruptcy Judge